NUMBER 13-04-428-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE EDWARD KENT HAUERSPERGER 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Edward Kent Hauersperger, filed a petition for writ of mandamus in the
above cause on August 18, 2004. The Court, having examined and fully considered
the petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8. 

                                                                                 PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 27th day of September, 2004.